IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bodie, Karen M

Printed: 2/26/08

Case Number: 07 B 19164
Judge: Hollis, Pamela S
Filed: 10/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 350.00 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 6,650.00 | 0.00 |
| 5. | Global Payments | Unsecured | 91.00 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 925.61 | 0.00 |
| 7. | B-Real LLC | Unsecured | 3,826.03 | 0.00 |
| 8. | B-Real LLC | Unsecured | 315.45 | 0.00 |
| 9. | Bank Of America | Unsecured |  | No Claim Filed |
| 10. | American General Finance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,158.09 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bodie, Karen M | Case Number:  07 B 19164 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/26/08 | Filed:  10/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                         Marilyn O. Marshall, Trustee, by:

